FILED
NOV 17 2023

12-5-23 @ 11:00 AM
11 U.S.C. 362

I, Daniel Garrison of the house of Thomforde, hereinafter, "Thomforde", am a true man of God, above the age of discretion and majority, with full legal and lawful capacity, competent to testify to the veracity of the facts stated herein, do hereby asseverate and certify the following AFFIDAVIT:

1. Upon being born and reaching the age of discretion, I realized I am the Grantor, Settlor, and General Executor holding equitable title to the name, footprint (landmarks), blood (DNA) and future labor held in trust known as the DANIEL GARRISON THOMFORDE, Estate (herein, the "ESTATE") located in the system of records at the Office of Vital Statistics, 258 Chapman Road, Newark, Delaware, 19707, in custody possession of Office of Vital Statistics, Delaware Department of Public Services registry trust file number xxxx-xx-6433, annexed hereto and incorporates herein by reference, Social Security Account and Federal Reserve Trust Account number ending in -6433, IRS Treasury Account Number -6433 and there is no proof to the contrary, therefore, I refute any adverse presumptive claim as false

2. I do not hold legal title to the trust, known as the ESTATE, but I am the beneficiary thereof; therefore I refute any adverse claim as false.

3. The ESTATE, as a trust, is a juridical "Person" by statutory definition, a graven image against God's law, and is without life being legal fiction with the first, middle, last name similar in appearance (capitonym differences) and sound "idem sonans" to my given Christian and family surname and there is no proof to the contrary, therefore, I refute any adverse claim as false.

4. The State and all public offices, officers, agencies, agents and employees of the State and Federal governments are co-fiduciaries, holding legal title to the ESTATE property and there is no proof to the contrary, therefore, I refute any adverse claim as false.

5. The State and Federal governments have used my assets held in trust to pledge as collateral for THEIR DEBTS by creating an employee retirement and medical benefits security intermediary account for the ESTATE then using the funds in the trust account to trade through the United States Treasury and private depository trust clearing companies and there is no proof to the contrary, therefore, I refute any adverse presumption as false.

6. I am fully solvent, as a joint-heir with Christ, holding in my possession an amount in gold and silver, which is the only tender in the payment of debts ("No State shall... make any Thing but gold and silver Coin a Tender in Payment of Debts" Art 1, Sec 10), worth over twenty-one dollars, and there is no proof to the contrary, therefore, I refute any contrary presumption as false.

7. As a solvent American living man, by nature, I am a CREDITOR to the ESTATE and to whom the State and the United States, legal fictions physically incapable of creating value, OWE A DEBT for using my full faith and credit to fund its operations and discharge its debts and there is no proof to the contrary, therefore, I refute any contrary presumption as false.

8. The Motion brought to the Court by William E. Craig, Esquire on behave of Truist Bank characterizes me as the Debtor associated with the legal fiction name associated with my ESTATE. THE IS FRAUDULENT as my ESTATE is the CREDITOR, and the Truist Piece of Shit Bank loaned me nothing, but it is trying to charge me interest on funds drawn on my own Trust account. I therefore, vehemently deny the claim Motion to have Relief from your Court; I therefore refute any contrary presumption as false.

9. I hereby, immediately terminate my supposed legal council in this Matter, Gary E. Thompson, Esquire. His representation has been slip-shod, at best; misrepresenting his services to me in this Matter as a fiduciary interest, when it has become very clear that his only interests are to himself and his good standing the American Bar Association. Given what I now know, I never would have entered into a voluntary Bankruptcy proceeding, and even now, Mr Thompson refuses to entertain anything other than steering the sheep into the slaughter.

10. I further ask of this Count, a Stay of Action through the end of 2023, so that funds to payoff both secured "creditor" can be accommodated through the 1099a process, deploying ESTATE moneys.

I, Thomforde, Daniel Garrison, beneficiary, hereby affirm and asseverate under the laws of God, under penalty of perjury and the laws of the United States of America, without the United States, that the foregoing is true and correct to the best of my knowledge and belief so help me God. [28 U.S.C. § 1746(1)]

Executed this fifteenth day, eleventh month, year of our LORD, two thousand twenty-three.

............................................... (seal)
Thomforde, Daniel Garrison, a private man

### NOTARY ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Pennsylvania.        )
                     ) ss.
Chester County.      )

On this fifteenth day, eleventh month, year of our LORD, two thousand twenty-three, Thomforde, Daniel Garrison, appeared and proved to me, Daniel Garrison Thomforde, a notary in and for the State of Pennsylvania, by satisfactory evidence to be the wo/man whose signature is subscribed to the within instrument.

Signature: Sherie G Trent                                                        (seal)
My Commission expires: 24 March 2026

Commonwealth of Pennsylvania - Notary Seal
SHERIE G TRENT - Notary Public
Chester County
My Commission Expires March 24, 2026
Commission Number 1416316