United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10076-amc |
| Daniel G. Thomforde | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel G. Thomforde, 238 Clonmell Upland Road, West Grove, PA 19390-9016 |
| cr | + | Truist Bank, Bankruptcy Dept, PO BOX 85092, Richmond, VA 23285-5092 |
| 14575620 | + | Air Wisconsin, C/O National Recovery, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14828753 | + | Branch Banking & Trust Company, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14575624 | + | Chester County Hospital, POB 2701, West Chester, PA 19380-0944 |
| 14575625 | + | Emergency Care Specialist, POB 667, Toms River, NJ 08754-0667 |
| 14575627 | + | Midlantic Urology, POB 5257, New York, NY 10008-5257 |
| 14575628 | + | Penn Medicine, POB 8244406, Philadelphia, PA 19182-0001 |
| 14575629 | + | Rothman Orthopaedics Institute, POB 412423, Boston, MA 02241-2423 |
| 14575632 | | Verizon, POB 2800, Lehigh Valley, PA 18002 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2023 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2023 00:46:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Nov 16 2023 00:46:00 | Specialized Loan Servicing LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2023 00:46:00 | Truist Bank, Bankruptcy Department RVW 3034, PO Box 27767, Richmond, VA 23261-7767 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 16 2023 00:46:00 | VRMTG Asset Trust, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 14575621 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2023 00:56:14 | American Express, POB 1270, Newark, NJ 07101-1270 |
| 14580797 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2023 00:56:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14592423 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2023 00:46:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14575622 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2023 00:46:00 | BB&T/Truist, POB 580044, Charlotte, NC 28258-0044 |
| 14828589 | + | Email/Text: bankruptcy@bbandt.com | Nov 16 2023 00:46:00 | Branch Banking & Trust Company Now Truist, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14575623 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 16 2023 00:44:25 | Chase Cardmember, POB 15153, Wilmington, DE 19886 |
| 14575626 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 16 2023 00:43:27 | JP Morgan Chase Bank, 3415 Vision Drive, |

Case 21-10076-amc Doc 63 Filed 11/17/23 Entered 11/18/23 00:37:44 Desc Imaged
Certificate of Notice Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43219 |
| 14583311 | + | Email/Text: RASEBN@raslg.com | Nov 16 2023 00:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14578560 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2023 00:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14576584 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2023 00:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14575631 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 16 2023 00:43:26 | Sprint, POB 8077, London, KY 40742 |
| 14575630 | + | Email/Text: bkteam@selenefinance.com | Nov 16 2023 00:46:00 | Selene Finance, 9990 Richmond Avenue, Ste 400, Houston, TX 77042-4546 |
| 14581282 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 16 2023 00:46:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14665158 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 16 2023 00:46:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14589326 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2023 00:43:26 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Branch Banking & Trust Company Now Truist, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14658796 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY E. THOMPSON | on behalf of Debtor Daniel G. Thomforde get24esq@aol.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 15, 2023 | Form ID: pdf900 | Total Noticed: 30 |

        ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

        on behalf of Creditor Branch Banking & Trust Company Now Truist ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 4

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DANIEL G. THOMFORDE | Chapter 13 |
| Debtor | Bankruptcy No. 21-10076-AMC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: November 14, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge